No. 10–6011. CUTSHAW *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–6022. GREENE *v.* LEE'S MAINTENANCE SERVICES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6026. ESCARENO *v.* EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6045. RIVERA *v.* OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 10–6049. NOCERO *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–6050. REYNOLDS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–6051. TARVER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–6069. MACOMBER *v.* HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6070. JONES *v.* NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 10–6073. VILLANUEVA-MORAN *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–6074. WAYNE *v.* GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6088. STONE *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6095. HARRIS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–6102. SETTLE *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6118. BANKS *v.* KRAMER, JUDGE, DISTRICT OF COLUMBIA COURT OF APPEALS, ET AL. C. A. D. C. Cir. Certiorari denied.